IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 24-1928 |
| | ) | |
| KEESHON GRIER | ) | |

**AFFIDAVIT BY TELEPHONIC OR OTHER RELIABLE ELECTRONIC MEANS IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan O'Sullivan, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state that:

**I.   INTRODUCTION AND AGENT BACKGROUND**

1. This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint alleging that on or about November 15, 2024, in the Western District of Pennsylvania, **Keeshon GRIER (GRIER)** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute a Quantity of Cocaine, Heroin and Fentanyl, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Glock 23, 40 caliber pistol bearing serial number CFH301US in violation of 18 U.S.C. § 922(g)(1).

2. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Pittsburgh Field Office, Group II. I have been employed as an ATF Special Agent since September of 2015. While at the ATF National Academy, I received extensive training in investigating federal firearms, arson, explosives, and narcotics related violations, conducting surveillance, establishing probable cause, and executing search and arrest warrants.

3. As an ATF Special Agent, I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

4. As an ATF Special Agent, I am responsible for enforcing Federal criminal statutes and am authorized to serve arrest and search warrants under the authority of the United States. I have participated in numerous federal and state search warrants related to firearms, arson, explosives and narcotics violations, and I have assisted in the writing of affidavits to this effect.

5. I have participated in criminal investigations with ATF as well as other federal, state and local law enforcement agencies relating to violations of various federal laws. I have been involved in firearms and narcotics-related arrests and the execution of search warrants and arrest warrants, which resulted in the seizure of firearms and narcotics and have assisted in the supervision of activities of confidential informants who provided information and assistance resulting in controlled purchases of firearms and narcotics.

6. The information contained herein is based upon my own personal investigation, observations, and knowledge, as well as upon the investigation, personal observations, and knowledge of other law enforcement officers with whom I have discussed this case. Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a search warrant, I have not included every item of evidence or piece of information known to me; rather, I have included only those facts necessary to establish probable cause. I have not, however, omitted any information that would defeat a determination of probable cause.

## II.   PROBABLE CAUSE

7. On Tuesday, November 12, 2024, the Honorable Christopher B. Brown, United States Magistrate Judge, Western District of Pennsylvania, approved a search warrant for a black Cadillac Escalade bearing OH license plate KAX6707 at Mag. No. 24-1893. Additionally, that same day, the Honorable Christopher B. Brown, United States Magistrate Judge, Western District of Pennsylvania, approved a search warrant for GRIER's person at Mag. No. 24-1894.

8. On Friday, November 15, 2024, I, along with other members of law enforcement were conducting surveillance on a vehicle matching the description of the black Cadillac Escalade reference above. Due in part to a brief interaction I had with GRIER at a gas station on this day, I was able to positively identify him as the driver of black Cadillac Escalade.

9. Shortly after positively identifying GRIER as the driver of the vehicle and under constant surveillance, law enforcement officers observed GRIER park the Cadillac at an Enterprise Rental Car in Verona, Pennsylvania. GRIER exited the driver's seat of the Cadillac and proceeded to enter the business.

10. Once GRIER entered the business, law enforcement converged on him and the vehicle. GRIER was taken into custody and during a preliminary search of the Escalade a firearm was recovered between the driver's seat and the center console in plain view. Upon further inspection, the firearm was identified as a Glock 23, 40 caliber semi-automatic pistol bearing serial number CFH301US with an extended magazine. The firearm was loaded with one round in the chamber and a partially loaded magazine.

11. In addition to the firearm that was recovered, distribution quantities of suspected heroin/fentanyl, and cocaine base were recovered from inside the vehicle. The suspected heroin/fentanyl was recovered from within the center console and the suspected crack cocaine

was contained in a Crown Royal bag dangling into the driver's side area from the gear shift. A scale was also recovered from within the vehicle.

12. GRIER had a female passenger inside the vehicle. She too was armed with a handgun contained within her purse. When questioned, she stated the gun in the purse was hers but the Glock 23 recovered next to GRIER was not.

13. I am familiar with **GRIER's** criminal history, which includes a felony conviction in the Western District of Pennsylvania for drug trafficking. On or about November 23, 2021, **GRIER** was sentenced to a 21-month term of imprisonment followed by five years of supervised release for the charge of Possession with the Intent to Distribute a Quantity of Cocaine, Heroin and Fentanyl. **GRIER** is currently on federal supervised release.

14. Based on information received from an expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, I believe that the Glock 22 pistol described above were not manufactured in the Commonwealth of Pennsylvania, and that they moved in or affected interstate commerce.

### III. CONCLUSION

15. Based upon my training, knowledge, experience, and the foregoing facts, I believe probable cause exists that on or about November 15, 2024, in the Western District of Pennsylvania, **GRIER** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession with Intent to Distribute a Quantity of Cocaine, Heroin and Fentanyl, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a Glock 23, 40 caliber pistol bearing serial number CFH301US in violation of 18 U.S.C. § 922(g)(1).

The above information is true and correct to the best of my knowledge, information, and belief.

        Respectfully submitted,

*/s/ Ryan P. O'Sullivan*
Ryan P. O'Sullivan, Special Agent
Bureau of Alcohol, Tobacco, Firearms, And Explosives

Sworn and subscribed before me, by
telephone Pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
this day 15th of November, 2024.

_____
THE HONORABLE CHRISTOPHER B. BROWN
United States Magistrate Judge

5